UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **19-2555**


Guzman-Bedolla v. Attorney General United States


**ORDER**


At the direction of the Court, the opinion issued on March 17, 2020 will be revised to remove internal citations to the administrative record.  No substantive change has been made to the opinion.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  March 20, 2020